McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN            #1192-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Tel. No.:    (808) 529-7300
Fax No.:    (808) 524-8293
klein@m4law.com

Attorney for Defendants
KEVIN KONDO and MARY KONDO
and Nominal Defendant
HAWAII BIO-WASTE SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GARY CHILCOTT AND DUDLEY CHILCOTT, individually, and derivatively as shareholders of HAWAII BIO-WASTE SYSTEMS, INC., | CV 15-00063 DKW-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |
| Plaintiffs, | |
| vs. | |
| KEVIN KONDO, MARY KONDO, and JACK MAGUIRE, | |
| Defendants. | |
| HAWAII BIO-WASTE SYSTEMS, INC., a Hawaii Corporation, | No Trial Date Set |
| Nominal Defendant. | |

324036.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED, by and between Plaintiff GARY CHILCOTT and DUDLEY CHILCOTT, Defendants KEVIN KONDO, MARY KONDO and JACK MAGUIRE and Nominal Defendant HAWAII BIO-WASTE SYSTEMS, INC., by and through their respective counsel, that any and all claims and parties in this action be and hereby are DISMISSED WITH PREJUDICE pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and LR41.1.

There are no remaining claims or parties. No Trial date was set. All appearing parties have signed this stipulation and shall bear their own respective attorneys' fees and costs.

The parties further agree that this Stipulation may be executed in counterparts with the same effect as if all parties had signed the same document.

DATED: Honolulu, Hawai'i, _____.


    /s/ Robert G. Klein
ROBERT G. KLEIN

Attorney for Defendants
KEVIN KONDO and MARY KONDO
and Nominal Defendant
HAWAII BIO-WASTE SYSTEMS, INC.

/s/ Jack Maguire
JACK MAGUIRE
Pro Se Defendant


/s/ John R. Dwyer, Jr.
JOHN R. DWYER, JR.
MARK G. VALENCIA

Attorneys for Plaintiffs
GARY CHILCOTT and
DUDLEY CHILCOTT


APPROVED AS TO FORM.

    DATED: June 2, 2015 at Honolulu, Hawai'i.



    /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

==============================================================================
*Gary Chilcott, et al. v. Kevin Kondo, et al. and Hawaii Bio-Waste Systems, Inc.*; Civil No. CV 15-00063 DKW-KSC; **Stipulation for Dismissal with Prejudice of All Claims and All Parties**

324036.1

3